IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
(NEW ALBANY DIVISION)

KENDALL BOYD

v.

CASE NO.: 4:21-cv-00038-SEB-DML

EQUIFAX INFORMATION SERVICES, LLC, et al          DEFENDANTS

> Acknowledged.
> This action is hereby dismissed with prejudice as to Experian Information Solutions, Inc.
>
> Date: 2/4/2022
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Kendall Boyd, and the Defendant, Experian Information Solutions, Inc., and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc. are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

TENDERED BY:

/s/David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff, Sharita Bard*

/s/ Logan C. Hughes
Logan C. Hughes (#24953-53)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-853-7367 / F: 317-228-0943
lhughes@reminger.com
*Counsel for Experian Information Solutions, Inc.*